# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **LORETTA GRATTA,** *individually,* *and on behalf of others similarly situated,*<br><br>        **Plaintiffs,**<br><br>v.<br><br>**CHEN'S INC. d/b/a SUSHI AI,**<br>**JIAN LI CHEN, and**<br>**RONG HUANG**<br>        **Defendants.** | Case No. 4:18-cv-00487-AGF |

## JOINT MOTION FOR FINAL APPROVAL OF FLSA SETTLEMENT

COME NOW Plaintiffs Loretta Gratta and Casandra Packineau ("Plaintiffs"), and Defendants Chen's Inc., Jian Li Chen, and Rong Huang ("Defendants") (collectively, the "Parties"), by and through undersigned counsel, and for their Joint Motion for Final Approval of FLSA Settlement, state as follows:

1.  The Parties have been able to reach a mutually acceptable and confidential agreement to settle the claims in this lawsuit. The Parties believe the settlement is fair, reasonable, and resolves the bona fide disputes concerning wages allegedly owed to Plaintiffs.

2.  The Settlement Agreement and Release of Claims, attached to the Parties' Memorandum of Law in Support of their Joint Motion for Final Approval of FLSA Settlement (Sealed) as **Exhibit A**, was reached only after arms' length negotiations.

3.  The Parties incorporate by reference, as if fully stated herein, their Memorandum of Law in Support of their Joint Motion for Final Approval of FLSA Settlement (Sealed), filed contemporaneously herewith.

2

WHEREFORE, Plaintiffs and Defendants request this Court enter an Order granting final approval of the FLSA Settlement Agreement, direct the Parties to act in accordance with the Settlement Agreement (including issuing all payments contemplated therein), approving Plaintiffs' counsels' attorneys' fees and costs, and for such other and further relief as this Court deems just and proper under the circumstances.

.

Respectfully submitted,

**RIGGAN LAW FIRM, LLC**

*/s/ Russell C. Riggan* (w/ consent)
Russell C. Riggan (#53060MO)
Samuel W. Moore (#58526MO)
132 West Washington Avenue, Suite 100
Kirkwood, Missouri 63122
Phone:  (314) 835-9100
Fax:  (314) 735-1054
russ@rigganlawfirm.com

*Attorneys for Plaintiffs*

**LAW OFFICES OF KEVIN J. DOLLEY, LLC**

*/s/ Kevin J. Dolley*
 Kevin J. Dolley (#54132MO)
Mark J. Obermeyer (#63140MO)
2726 S. Brentwood Blvd.
St. Louis MO 63144
(314)645-4100 (office)
(314)736-6216 (fax)
kevin@dolleylaw.com
mark.obermeyer@dolleylaw.com

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on opposing counsel of record via the Court's electronic case filing system on the date reflected in the electronic case filing records.

*/s/Kevin J. Dolley*