IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LORETTA GRATTA, *individually,* and *on behalf of others similarly situated,* ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Case No. 4:18-cv-00487-AGF |
| CHEN'S INC. d/b/a SUSHI AI, ) ) | |
| JIAN LI CHEN, and ) | |
| RONG HUANG ) ) | |
| Defendants. ) | |

## JUDGMENT AND ORDER
## GRANTING FINAL APPROVAL OF FLSA SETTLEMENT

The Court, having first considered the Settlement Agreement and supporting pleadings,

HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

1. The Court has jurisdiction over the subject matter of the litigation and the Parties to this lawsuit.

2. The Court hereby approves the Settlement Agreement and Release of Claims, attached to the Parties' Memorandum of Law in Support of Joint Motion for Final Approval of FLSA Settlement (Sealed) as **Exhibit A**.

3. The Court finds the settlement is a fair, reasonable, and adequate compromise of a *bona fide* dispute under the FLSA. The Court further finds that the releases and other terms contained in the Settlement Agreement are fair, just, reasonable, and adequate.

4. The Parties are directed to act in accordance with the terms set forth in the Settlement Agreement.

5. In addition, the Parties agreed that, subject to the Court's approval, Plaintiffs' counsel shall be paid for their reasonable attorneys' fees and costs from the settlement sum, in the

amount specified in the Settlement Agreement. The Court hereby approves such attorneys' fees and costs in the amount specified in the Settlement Agreement. All payments due to be made by Defendants pursuant to the Settlement Agreement shall be made by Defendants.

6. Pursuant to the terms of the Settlement Agreement, this matter is hereby dismissed as follows:

    a. As to Plaintiffs Loretta Gratta and Casandra Packineau, the claims and causes of action set forth in the Complaint are hereby dismissed with prejudice.

    b. As to other potential putative class members contemplated in the Complaint, the claims and causes of action set forth in the Complaint are hereby dismissed without prejudice.

**SO ORDERED** November /3 , 2018:

_____
HONORABLE AUDREY G. FLEISSIG
UNITED STATES DISTRICT COURT JUDGE